UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD TANNER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRIA GROUP ,<br><br>Defendants. | Case No.: 1:26-cv-10519<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**PLEASE TAKE NOTICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Donald Tanner ("Plaintiff") hereby gives notice that his claims in this action against Defendant Pria Group ("Defendant") are voluntarily dismissed without prejudice.

Dated: February 4, 2026                            Respectfully Submitted,

                                                                        */s/ Christina Xenides*
                                                                        Christina Xenides (Bar No. 677603)
                                                                        **SIRI & GLIMSTAD LLP**
                                                                        1005 Congress Avenue, Suite 925-C36
                                                                        Austin, TX 78701
                                                                        Tel: (512) 265-5622

                                                                        *Counsel for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 4, 2026 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ Christina Xenedis*
Christina Xenides